**LAURA CURRAN**
County Executive



**JARED A. KASSCHAU**
County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

April 16, 2018

<u>Via ECF Only</u>

Hon. William F. Kuntz
US District Court, Eastern District New York
225 Cadman Plaza
Brooklyn, New York 11201

    Re.:    <u>Allstate v. 21st Century Pharmacy, Inc., et al.</u>
            17-CV-3731 (WFK)(SMG)

Dear Judge Kuntz:

As the Court's docket will reflect, I am listed as counsel to be noticed on behalf of Defendants 21st Century Pharmacy and Albert Alishayev in the above-referenced matter. I write to inform the Court that I am no longer in the employ of the Russell Friedman Law Group, LLP. Therefore, I respectfully request that my name be removed as an attorney in this matter. Defendants will suffer no prejudice as they continue to be represented by Mr. Horn.

Thanking the Court for its time and consideration, I remain

                                        Respectfully,

                                        */S Pablo A. Fernandez*
                                        Pablo A. Fernandez
                                        Deputy County Attorney

cc: All Parties (Via ECF Only)

**ONE WEST STREET - MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX: 516-571-6684, 6604**
**WRITER'S DIRECT LINE: 516-571-5775**
**WRITER'S E-MAIL: PFERNANDEZ@NASSAUCOUNTYNY.GOV**